AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

<u>SOUTHERN</u> DISTRICT OF <u>TEXAS</u>

United States District Court
Southern District of Texas
FILED

AUG 31 2018

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Jose DE LEON Jr., YOB: 1989, USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-18-1817-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>August 31, 2018</u> In <u>Hidalgo</u> county, in the <u>Southern</u> District of <u>Texas</u> defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with the Intent to Distribute approximately 1.03 kilograms of Heroin, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 1.03 kilograms of Heroin, a Schedule I Controlled Substance.

in violation of Title <u>21</u> United States Code, Section(s) <u>846, 841 (a) (1)</u>

I further state that I am a(n) <u>DEA Task Force Officer</u> and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes ___ No

Approved LAURA GARCIA

Signature of Complainant
Arturo Casanova Jr., DEA Task Force Officer

Sworn to before me and subscribed in my presence,

August 31, 2018 3:54 pm At McAllen, Texas
Date                                          City and State

Peter E. Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT

On August 31, 2018, a DEA Confidential Source (CS) informed DEA Special Agents/Task Force Officers that a shipment of heroin had arrived into the United States from Mexico. The CS provided a telephone number for an individual, later identified as Jose DE LEON, who was in possession of approximately one (1) kilogram of heroin.

On this same date, TFO Carlos Mireles, acting in an undercover capacity, met with DE LEON at the Costco parking lot located at 1501 West Kelly Avenue, Pharr, Texas. DE LEON showed TFO Mireles a bag later found to be containing four (4) packages of a substance that subsequently field tested positive for heroin. DE LEON pulled one small package out of the plastic bag and informed TFO Mireles the plastic bag contained a total of four (4) bags. DE LEON was then placed under arrest by DEA Agents. A total of 1.03 kilograms of heroin was seized from DE LEON.

DE LEON was read his Miranda Warnings by TFO Arturo Casanova and TFO Gilberto Vazaldua. DE LEON waived his rights and cooperated with the Agents. DE LEON advised that on August 30, 2018, he smuggled the heroin on his person from Mexico into the United States through the Hidalgo Port of Entry pedestrian lane. DE LEON stated that he was aware that the packages he smuggled into the United States contained heroin.